IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Maria Tellado, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10 C 2255 |
| ) | |
| Creditors Interchange Receivable ) | |
| Management, LLC, and LVNV Funding, ) | Judge Lindberg |
| LLC, both of which are Delaware limited ) | |
| liability companies, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Maria Tellado, having reached a settlement with the Defendants, hereby stipulates to the dismissal of this action with prejudice, each party to bear their own attorneys' fees and costs.

Dated: May 17, 2010

One of Plaintiff's Attorneys

/s/ David J. Philipps
David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____

ENTERED:

_____
Judge George W. Lindberg,
United States District Court

# CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2010 a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.** Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, on May 17, 2010, by 5:00 p.m.

Creditors Interchange Receivable Management, LLC
c/o James K. Schultz
Sessions, Fishman, Nathan & Israel, L.L.P.
55 West Monroe
Suite 1120
Chicago, Illinois 60603

Michael Bahner, Corporate Counsel
LVNV/Resurgent Capital Services, LP
15 S. Main Street, Suite 600
Greenville, South Carolina 29601

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com